FLAMBEAU PAPER COMPANY, Appellant, vs. CITY OF PARK FALLS, Respondent.

*June 1—June 20, 1932.*

The cause was submitted for the appellant on the brief of *Bundy, Beach & Holland* of Eau Claire, attorneys, and *Miller, Mack & Fairchild* of Milwaukee of counsel, and for the respondent on that of *C. E. Lovett* of Park Falls.

FOWLER, J.  The action was brought to recover the amount of the tax on the property involved in the *certiorari* case of *State ex rel. Flambeau Paper Co. v. Windus,* city clerk of Park Falls (*ante,* p. 583, 243 N. W. 216), in excess of the amount as it would be if computed on an assessment based upon the highest valuation of the property fixed by plaintiff's witnesses before the board of review. The assessment having been upheld in the *certiorari* case, opinion in which is filed herewith, the judgment of dismissal must be affirmed.

*By the Court.*—The judgment of the circuit court is affirmed.